Signed: May 14, 2015
SO ORDERED
The Motion to Extend Stay is hereby set for June 1, 2015 at 10:00 A.M. in Courtroom 3-E.



THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:  Case No.: 15–16790 – TJC   Chapter: 13

KEVIN LINWOOD DAVIS Sr.
7245 Hylton St
Capitol Heights, MD 20743

## ORDER AND NOTICE OF A HEARING
## ON MOTION TO EXTEND AUTOMATIC STAY

The debtor(s) having filed a motion to extend automatic stay pursuant to 11 U.S.C. § 362(c)(3)(B), it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing upon the motion to extend automatic stay will be held on the date and time set forth above, in Courtroom 3–E, Greenbelt.

cc:  Debtor(s)
   Attorney for Debtor(s) – Thaddeus Jay Holmquist
   Chapter 13 Trustee – Nancy Spencer Grigsby
   U.S. Trustee
   All Creditors

**End of Order**

37.4 – *mburkhart*